FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA 2012 AUG 10 PM 4:33
SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

CYNTHIA WILLIS, as            )
Administratrix of the Estate )
of David C. Willis, deceased; )
SHAQUANDRA WHITE,            )
individually and as next     )
friend of (DW), a minor child )
and next of kin of David C.  )
Willis; MONIQUIK SMALLS, as  )
next friend of (DTS), a minor )
child and next of kin of     )
David C. Willis; and SAMANTHA )
SAMS, as next friend of (SS), )
a minor child and next of kin )
of David C. Willis;          )
                             )
     Plaintiffs,             )
                             )
v.                           )        CASE NO. CV409-127
                             )
KEVIN MCKOON, NATHANIEL      )
KIRKLAND; OFFICERS DOE 1-10, )
SAVANNAH-CHATHAM METROPOLITAN )
POLICE DEPARTMENT, and THE   )
MAYOR AND ALDERMAN OF THE    )
CITY OF SAVANNAH,            )
                             )
     Defendants.             )
                             )

## O R D E R

Before the Court is Plaintiffs' Petition to Approve
Compromise, Settlement and Disbursement of Proceeds. (Doc.
116.) Because this case involves minors, the Court must
approve the settlement of any claims. See S.D. Ga. L.R.
17.1(a). The Court has reviewed the terms of the
settlement agreement, the expenses advanced by Plaintiffs'
attorneys, and the amount of proceeds to be remitted to

Plaintiffs' attorneys.    After careful consideration, Plaintiffs' petition is **GRANTED**.   As a result, the settlement is approved and the parties may distribute the proceeds accordingly.    The parties may now file a stipulation of dismissal, signed by all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED this *10th* day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2