FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 10 PM 4:33
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CYNTHIA WILLIS, as Administratrix of the Estate of David C. Willis, deceased; SHAQUANDRA WHITE, individually and as next friend of (DW), a minor child and next of kin of David C. Willis; MONIQUIK SMALLS, as next friend of (DTS), a minor child and next of kin of David C. Willis; and SAMANTHA SAMS, as next friend of (SS), a minor child and next of kin of David C. Willis;<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCKOON, NATHANIEL KIRKLAND; OFFICERS DOE 1-10, SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT, and THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH,<br><br>Defendants. | CASE NO. CV409-127 |

## O R D E R

Before the Court is Plaintiffs' Petition to Approve Compromise, Settlement and Disbursement of Proceeds. (Doc. 116.) Because this case involves minors, the Court must approve the settlement of any claims. See S.D. Ga. L.R. 17.1(a). The Court has reviewed the terms of the settlement agreement, the expenses advanced by Plaintiffs' attorneys, and the amount of proceeds to be remitted to

Plaintiffs' attorneys. After careful consideration, Plaintiffs' petition is **GRANTED**. As a result, the settlement is approved and the parties may distribute the proceeds accordingly. The parties may now file a stipulation of dismissal, signed by all parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2