FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 27 AM 11:06
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CYNTHIA WILLIS, as Administratrix of the Estate of David C. Willis, deceased; SHAQUANDRA WHITE, individually and as next friend of (DW), a minor child and next of kin of David C. Willis; MONIQUIK SMALLS, as next friend of (DTS), a minor child and next of kin, of David C. Willis; and SAMANTHA SANS, as next friend of (SS), a minor child and next of kin of David C. Willis;<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN MCKOON, NATHANIEL KIRKLAND; OFFICERS DOE 1-10, SAVANNAH-CHATHAM METROPOLITAN POLICE DEPARTMENT, and THE MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH,<br><br>Defendants. | CASE NO. CV409-127 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 120.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and any costs and attorney's fees shall be distributed in accordance with the

settlement agreement. (Doc. 115.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of August 2012.

/s/ William T. Moore, Jr.
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA